# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SUSAN L. BICKLEMAN                              Case No.: 5-15-04263-RNO

                                                              Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                         **MORTGAGE INFORMATION**

Creditor Name:                     SELECT PORTFOLIO SERVICING
Court Claim Number:             04
Last Four of Loan Number:       16 Mamies Ave - PRE-ARREARS - 4059
Property Address if applicable:    16 MAMIES AVENUE, , POTTSVILLE, PA17901

**PART 2:**                         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:                                                $9,208.83
b. Prepetition arrearages paid by the Trustee:                      $9,208.83
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                   $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e. Allowed postpetition arrearage:                                               $0.00
f. Postpetition arrearages paid by the Trustee:                          $0.00
g. Total b, d, f:                                                                              $9,208.83

**PART 3:**                         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 21, 2019                          Respectfully submitted,

                                           s/ Charles J. DeHart, III, Trustee
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           Fax: (717) 566-8313
                                           eMail: dehartstaff@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1156687 | 10/05/2016 | $211.98 | $0.00 | $211.98 |
| 5200 | 1159898 | 12/06/2016 | $553.25 | $0.00 | $553.25 |
| 5200 | 1161472 | 01/12/2017 | $276.63 | $0.00 | $276.63 |
| 5200 | 1162981 | 02/08/2017 | $276.62 | $0.00 | $276.62 |
| 5200 | 1164524 | 03/09/2017 | $414.95 | $0.00 | $414.95 |
| 5200 | 1166169 | 04/12/2017 | $276.64 | $0.00 | $276.64 |
| 5200 | 1167698 | 05/11/2017 | $276.63 | $0.00 | $276.63 |
| 5200 | 1169299 | 06/13/2017 | $553.27 | $0.00 | $553.27 |
| 5200 | 1170672 | 07/06/2017 | $138.32 | $0.00 | $138.32 |
| 5200 | 1172190 | 08/10/2017 | $414.95 | $0.00 | $414.95 |
| 5200 | 1173719 | 09/19/2017 | $414.95 | $0.00 | $414.95 |
| 5200 | 1174958 | 10/11/2017 | $137.73 | $0.00 | $137.73 |
| 5200 | 1176300 | 11/08/2017 | $275.45 | $0.00 | $275.45 |
| 5200 | 1177686 | 12/05/2017 | $275.46 | $0.00 | $275.46 |
| 5200 | 1179122 | 01/11/2018 | $413.18 | $0.00 | $413.18 |
| 5200 | 1180484 | 02/08/2018 | $275.46 | $0.00 | $275.46 |
| 5200 | 1181846 | 03/08/2018 | $275.45 | $0.00 | $275.45 |
| 5200 | 1183227 | 04/03/2018 | $137.73 | $0.00 | $137.73 |
| 5200 | 1186362 | 05/15/2018 | $550.91 | $0.00 | $550.91 |
| 5200 | 1187607 | 06/07/2018 | $137.73 | $0.00 | $137.73 |
| 5200 | 1189043 | 07/12/2018 | $413.18 | $0.00 | $413.18 |
| 5200 | 1190398 | 08/09/2018 | $275.46 | $0.00 | $275.46 |
| 5200 | 1191696 | 09/06/2018 | $275.45 | $0.00 | $275.45 |
| 5200 | 1193060 | 10/10/2018 | $274.86 | $0.00 | $274.86 |
| 5200 | 1194407 | 11/08/2018 | $274.28 | $0.00 | $274.28 |
| 5200 | 1195819 | 12/13/2018 | $411.41 | $0.00 | $411.41 |
| 5200 | 1197184 | 01/10/2019 | $274.28 | $0.00 | $274.28 |
| 5200 | 1199554 | 03/12/2019 | $426.66 | $0.00 | $426.66 |
| 5200 | 1200943 | 04/11/2019 | $295.96 | $0.00 | $295.96 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SUSAN L. BICKLEMAN                                    Case No.: 5-15-04263-RNO
                                                      Chapter 13

        Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 21, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAVID S. GELLERT, ESQUIRE<br>3506 PERKIOMEN AVENUE<br>READING PA, 19606 | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65250<br>SALT LAKE CITY, UT, 84165-0250 | SERVED BY 1ST CLASS MAIL |
| SUSAN L. BICKLEMAN<br>16 MAMIES AVENUE<br>POTTSVILLE, PA 17901 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2019

    s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com